UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DUNE ROBERTS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:12-CV-1187 MLM |
| WILLIAM MCKINNEY, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff has failed to comply with the Court's Order dated July 16, 2012, in which the Court directed plaintiff to submit a certified copy of his prison account statement no later than August 15, 2012. Plaintiff was warned that failure to timely submit his account statement would result in dismissal of this action. As a result, the Court will dismiss this action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED**. [Doc. 2]

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

An Order of Dismissal will accompany this Order.

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this  28th  day of August, 2012.